UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-20882-CIV-HOEVELER-BROWN

NELSON MANTECON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER TO SHOW CAUSE

This matter is before this Court sua sponte. On July 20, 2006, this Court issued an Order on Petitioner's Motion for Sanctions ... Due to Failure of the Government to File a Response to Petitioner's Amended §2255 Motion. In that Order, the Court stated, inter alia:

> 3. Within ten (10) days of the date of this Order, Petitioner shall file in the instant case, the Amended Motion and supporting memorandum which was previously filed in case number 06-20280-cv-Hoeveler. For procedural bar purposes, the filing date shall be deemed to be February 1, 2006, the date of filing in that case.

The Court having reviewed the file and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that on or before October 30, 2006, Petitioner shall show cause, in writing, why this Court should not recommend dismissal of this case based on Petitioner's failure to comply with the Court's Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2006.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE